JAMES B. DUCHEMIN v. DAVID J. FOX.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

PETER M. LEAVITT and Others v. ARTHUR H. LAMBORN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

PATRICK RYAN v. CARNEGIE TRUST COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

CUBAN-AMERICAN TELEPHONE AND TELEGRAPH COMPANY v. G. MUSSO COMPANY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. LORETTA McGINNIS.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE GERMAN SAVINGS BANK IN THE CITY OF NEW YORK v. ANTON GOTZ and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE GERMAN SAVINGS BANK IN THE CITY OF NEW YORK v. ELIZABETH MEIXEL and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MADRID O. MATZKE v. OSCAR MATZKE.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

HARRY GILMAN v. UNITED SMOKED FISH COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

FEDERAL PARQUETRY MANUFACTURING COMPANY, INC., v. JOHN J. HALLENBECK, as Executor, etc., Impleaded.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

EDWARD A. RIDLEY v. WILLIAM SUDBRINK and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

WILLIAM E. SILESTEN v. REGINA CANDIES, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

THE LINCOLN NATIONAL BANK OF THE CITY OF NEW YORK v. JOHN PEIRCE COMPANY and Others. (Six motions.) — Motions denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

PETER J. PIERSON v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

RALPH H. CLARK, as Trustee, etc., v. JOHN B. SCHOONMAKER and Others. (Actions Nos. 2 and 3.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.